## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

*Darlene Cannon v. Bayer HealthCare Pharmaceuticals, Inc., et al.*   No. 12-cv-11014-DRH

*Rebecca Fein v. Bayer Corporation, et al.*   No. 10-cv-13044-DRH

*Kristina Kohler v. Bayer Corporation, et al.*   No. 11-cv-10394-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  */s/Sara Jennings*
Deputy Clerk

**Dated:**  March 14, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.14
12:28:59 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT